UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND SALGADO,<br><br>         Plaintiff,<br><br> -against-<br><br>COMMISSIONER CYNTHIA BRANN, *et al.*,<br><br>         Defendants. | 20-CV-9492 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 6, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in filing fees or submit a completed request to proceed *in forma pauperis* and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 6, 2021
    New York, New York

                       COLLEEN McMAHON
                       Chief United States District Judge